EXCLUSIVE ADMINISTRATION AGREEMENT

AGREEMENT made as of the 17th day of June, 1994 between Toots Music, Inc. - Frederick Hibbert ("Company"), party of the first part, and **KEEP ON KICKING MUSIC, INC.**, party of the second part ("Publisher").

WHEREAS, Company, pursuant to written songwriter agreements (individually and collectively, as context requires, the "Songwriter Agreement") is an owner or co-owner of those certain musical compositions described on Exhibit "A", annexed hereto and made part hereof (individually and collectively, the "Composition").

WHEREAS, Company desires to appoint Publisher as the exclusive administrator throughout the world of the Composition on the terms and conditions set forth herein.

NOW, THEREFORE, in consideration of the mutual promises and covenants herein contained, it hereby is agreed as follows:

1. Company hereby irrevocably and absolutely sells, assigns, conveys and sets over to Publisher, an undivided fifty percent (50%) interest in all of Company's interest in and to each Composition, including all worldwide right, title and interest, and ownership of every kind, in, to and of the Composition including, but not limited to, the worldwide copyright therein, and any and all extensions, renewals and revised terms thereof. In connection therewith, Publisher shall cause the copyright in the Composition to be registered jointly in the names of Company and Publisher, and other co-owners as applicable or, if previously registered in Company's name, then Publisher shall cause the assignment of the copyright interest conveyed herein to be duly filed. Musical compositions presently not listed on Schedule "A" may be made a "Composition" hereunder at any time upon mutual written consent of Publisher and Company.

2. (a) Company hereby irreocably grants and assigns to Publisher the sole and exclusive right to administer all rights in the Composition and collect all monies derived therefrom throughout the world during the full term of the worldwide copyrights in and to the Composition, and any and all extensions, renewals, or revised terms thereof. Without limiting the generality of the foregoing, Publisher shall have the right to enter into any and all licenses and agreements for the exploitation, performance, mechanical or other reproduction, synchronization, printing, publication or other use of the Composition of any nature whatsoever throughout the world and to collect all monies payable with respect thereto.

(b)  Publisher shall pay Company Seventy-Five Percent (75%) of all "net monies" as hereinafter defined actually received by Publisher in respect to the Composition from which percentage Company shall be solely responsible for the payment of all songwriter royalties payable in respect thereof.  Publisher shall be intitled to collect and retain for itself the remaining twenty-five (25%) percent of all such "net monies" and shall havve no obligation to account with respect thereto insofar as any songwriter royalties are concerned.  Notwithstanding the foregoing, with respect to the so-called "publisher's share" of public performance royalties, each party shall be entitled to receive fifty percent (50%) thereof.  "Net monies" shall mean all monies actually received by Publisher specifically in referende to the Composition which remain after deduction "off the top" of Publisher's taxes and out-of-pocket expenses, including but not limited to third party publishing, collection, licensing or subpublisher's fees.  Company acknowledges having been advised by Publisher that Rondor Music is Publisher's subpublisher throughout the world (excluding United States and Canada) and that Rondor is intitled to deduct a portion of monies earned by the Composition prior to remittance thereof to Publisher in the United States and that such portion is presently Twenty Percent (20%) (with other standard variations depending on use and source of income).

(c)  Publisher will render on or before August 30th and February 28th of each year, statements showing the amount of royalties due to Company hereunder for the semi-annual period ending June 30th and December 31st respectively, accompanied by payment of any royalties shown to be due in said statements with no accountings being due during any period in which total accrued revenues have amounted to less than One Hundred Dollars ($100). Company shall have customary audit rights to verify compliance by Publisher with the payment provisions hereof, which rights shall be exercisable no more than once per year.

(d)  Upon execution hereof Publisher shall pay Company Two Thousand Dollars ($2,000) as an advance against any and all monies otherwise payable to Commpany hereunder.

3.  (a)  Publisher and Company each respectively warrant and represent to the other that it has the power and authority to enter into this Agreement and perform in accordance with the terms hereof; and that it has not made any transfer or entered into any agreement which is inconsistent with the terms and conditions of this Agreement or which could interfere with or derogate from the full enjoyment of the other party's rights hereunder.

(b) Company hereby assigns to Publisher the benefit of all agreements, warranties, representations and indemnities which would affect this Agreement which are made by Writer in the Songwriter Agreement. Without limiting the foregoing, Company warrants and represents that the Composition is original and does not infringe upon the rights of any third parties. In the event of any breach thereof, Company shall be responsible and liable to Publisher to the same extent as if directly made by Writer to Publisher for Publisher's benefit. Company hereby agrees and grants to Publisher the right to enforce directly against Writer any and all of the provisions of the Songwriter Agreement. Company may not amend the Songwriter Agreement in any way which affects Company's and/or Publisher's rights in the Composition hereunder without Publisher's prior written consent.

(c) Each of the parties hereto agrees to at all times indemnify, save and hold the other party hereto harmless from and against any and all claims, damages, liabilities, costs and expenses, including legal expenses and reasonable counsel fees, arising out of any breach by it of its warranties, representations or agreements made hereunder. The indemnitee shall give the indemnitor prompt written notice of any claim or action covered by said indemnity, and pending the disposition of any such claim or action the indemnitee shall have the right to withhold payment of such portion of any and all monies hereunder as shall be reasonably related to the size of the claim and estimated counsel fees and costs. If the indemnified party shall settle or compromise any such claim or action, the foregoing indemnity shall cover only that portion (if any) of the settlement or compromise to which the indemnitor shall have given its prior written approval, the parties hereto agree that neither of them as an indemnitor hereunder shall unreasonably withhold any such approval.

4. All notices shall be in writing and shall either be delivered by registered or certified mail (return receipt requested), postage prepaid, or by telegraph, all charges prepaid. The date of mailing or of deposit in a telegraph office, whichever shall be first, shall be deemed the date of service.

5. The parties hereto shall execute any further documents, including, without limitation, assignments of copyrights, and do all other acts necessary, to effectuate fully the terms and provisions of this Agreement.

6. This Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors and assigns.

7.  Nothing herein contained shall constitute a partnership between or a joint venture between the parties hereto. Neither party hereto shall hold itself out contrary to the terms of this paragraph, and neither party shall become liable for any obligation, act or omission of the other party contrary to the provisions hereof.

8.  A waiver by either party of any term or condition of this Agreement, in any instance, shall not be deemed or construed as a waiver of such conditions for the future or of any subsequent breach thereof. All remedies, rights, undertakings, obligations and agreements contained in this Agreement shall be cumulative, and none of them shall be in limitation of any other remedy, right, undertaking, obligation, or agreement by either party. If any provision of this Agreement shall be declared invalid, same shall not affect the validity of the remaining provisions hereof.

9.  This Agreement is made and shall be construed under the laws of the State of New York applicable to agreements made in and to be wholly performed within the State of New York. This Agreement represents the entire understanding of the parties and may not be altered or amended in any manner except by a written instrument executed by all parties hereto.

IN WITNESS WHEREOF, the parties hereto have set their hands the day and year first above written.

TOOTS MUSIC, INC. - Frederick Hibbert
153 E. 91st St., Brooklyn, NY 11212
By _____
   *Frederick Hibbert* (signature)

KEEP ON KICKING MUSIC, INC.
105 W. 28th St., N.Y., N.Y. 1001
By _____
   Marc-Antoine Chetata

(signature) 6/17/94

Schedule "A" To Agreement Dated June 17, 1994 Between Frederick Hibbert- Toots Music And Keep On Kicking Music Inc.

It is agreed between Toot Music / Fredrick Hibbert and Keep On Kicking Music Inc. that all PRIOR COMPOSITIONS (WORKS) AND SHARES OF WORKS not copyrighted or not under agreement with another Publisher that Toots Music as well as ALL COMPOSITIONS written by Frederick Hibbert during the next five years from the date of this agreement are part of Toots Music catalog.

ON THE LIST OF TITLES BELOW THE WRITER COMPOSED WORDS AND MUSIC HIS SHARE BEING INDICATED BETWEEN PARENTHESES

1/ Split Personality          Frederick Hibert (100%)
2/ Jungle                     Frederick Hibert (100%)
3/ Give It To Me              Frederick Hibert (100%)
4/ Livity                     Frederick Hibert (100%)
5/ Maybe Not                  Frederick Hibert (100%)
6/ Jammin On The Faultline    Frederick Hibert (100%)
7/ Part Of My Life            Frederick Hibert (100%)
8/ Gospel Trumpet             Frederick Hibert (100%)
9/ One Look                   Frederick Hibert (100%)
10/ He's real                 Frederick Hibert (100%)
11/ Waiting So Long           Frederick Hibert (100%)
12/ War (Stop The War)        Frederick Hibert (100%)
13/ Teenager                  Frederick Hibert (100%)
14/ Sometimes It's Rough      Frederick Hibert (100%)
15/ Do You Know               Frederick Hibert (100%)
16/ Cilia                     Frederick Hibert (100%)
17/ Come Over To My Place     Frederick Hibert (100%)
18/ Hard Road                 Frederick Hibert (100%)

Signed & Agreed:

*Frederick Hibbert* (signature)

Toots Music - Frederick Hibbert

(signature)

Page 2 of Schedule "A" To Agreement Dated June 17, 1994 Between
Frederick Hibbert - Toots Music And Keep On Kicking Music, Inc.
==================================================================

ON THE LIST OF TITLES BELOW THE WRITER COMPOSED WORDS AND MUSIC
HIS SHARE BEING INDICATED BETWEEN PARENTHESES

| | | | |
|---|---|---|---|
| 19) | Love Not To Boast | Frederick Hibbert | (100%) |
| 20) | Hippie Hi Oh | Frederick Hibbert | (100%) |
| 21) | Hard Life Situation | Frederick Hibbert | (100%) |
| 22) | Dance To The Beat | Frederick Hibbert | (100%) |
| 23) | Teach The Children | Frederick Hibbert | (100%) |
| 24) | We Are No Strangers | Frederick Hibbert | (100%) |
| 25) | Kingman Cometh | Frederick Hibbert | (100%) |
| 26) | Jungle | Frederick Hibbert | (100%) |
| 27) | Do You Believe | Frederick Hibbert | (100%) |
| 28) | Give My Love To You | Frederick Hibbert | (100%) |
| 29) | Livity | Frederick Hibbert | (100%) |
| 30) | Open That Door | Frederick Hibbert | (100%) |
| 31) | Perfect Lover | Frederick Hibbert | (100%) |
| 32) | Give Me Your Love | Frederick Hibbert | (100%) |
| 33) | Whatever It Takes | Frederick Hibbert | (100%) |
| 34) | Liberation | Frederick Hibbert | (100%) |
| 35) | Make My Day | Frederick Hibbert | (100%) |
| 36) | Eye For An Eye | Frederick Hibbert | (100%) |
| 37) | Without A Doubt | Frederick Hibbert | (100%) |
| 38) | Love Not To Boast | Frederick Hibbert | (100%) |
| 39) | When I Remember | Frederick Hibbert | (100%) |
| 40) | I've got To Win | Frederick Hibbert | (100%) |
| 41) | Stay Away | Frederick Hibbert | (100%) |
| 42) | Wanna Spend The night | Frederick Hibbert | (100%) |
| 43) | Splir Personality | Frederick Hibbert | (100%) |
| 45) | Give It To Me | Frederick Hibbert | (100%) |

[signature: JH]   [signature]

Additional Songs added to Schedule "A" of Agreement Dated June 17, 1994 Between Frederick Hibbert - Toots Music And Keep On Kicking Music, Inc. now between Alla SonMusic Inc. & Keep On Kicking Ltd.

| # | Song Title | F.Hibber Writer Share | Other Writers | Other Publishers Counter Claim | Alla SonMusic Claim |
|---|---|---|---|---|---|
| 2 | African Doctor | 100 | | Ackee M.I./Blue Mountain M.L | 100 |
| 3 | Another Chance | 33.33 | Gordon/McCarty | R B MusLtd/Sparta Florida | 33.33 |
| 4 | Bam Bam | 100 | | Ackee M.I. / Rydim M.L | 100 |
| 5 | Beautiful (version) | 100 | | Ackee M.I. / Rydim M.L | 100 |
| 6 | Beautiful Woman | 100 | | Ackee M.I. / Rydim M.L | 100 |
| 7 | Bla Bla | 33.33 | Gordon/McCarty | Ackee M.I./Blue Mountain M.L/ Beverly Rec. | 33.33 |
| 8 | Brother To Brother | 100 | | Sheila Music CorpLtd Island Music Inc  Blue Mountain | 100 |
| 9 | Careless Ethiopians | 100 | | Island Mus Inc/Blue Mountain ML | 100 |
| 10 | Chatty Chatty | 100 | | Island Mus Inc/Blue Mountain ML | 100 |
| 11 | Christmas Feelings | 33.33 | Maytals 2&3 | R B MusLtd/Sparta Florida | 33.33 |
| 12 | Christmas Song | 33.33 | Gordon/McCarty | Blue Mountain ML | 33.33 |
| 13 | Come Down Part 1 | 100 | | Trojan Music Ltd | 100 |
| 14 | Come Down | 100 | | Sheila Music CorpLtd Island Music Inc  Blue Mountain | 100 |
| 15 | Come Reggae | 100 | | Sheila Music CorpLtd Island Music Inc  Blue Mountain | 100 |
| 16 | Coolie Baby | 100 | | Sheila Music CorpLtd Island Music Inc  Blue Mountain | 100 |
| 17 | Daddy 2 | 100 & 33.33 | Gordon/McCarty | Sheila Music CorpLtd Island Music Inc  Blue Mountain | 100 & 33.33 |
| 18 | Dilly Dally | 100 | | Island Mus Inc/Blue Mountain ML | 100 |
| 19 | Dog War | 100 | | Island Mus Inc/Blue Mountain ML | 100 |
| 20 | Do The Reggae | 100 | | Ackee M.I. / Rydim M.L | 100 |
| 21 | Down To This | 10 | Doughty M/ | Sheila Music CorpLtd Island Music | 10 |
| 22 | Enough Is Enough | 100 | | Island Mus Inc/Blue Mountain ML | 100 |
| 23 | Everybody Needs | 100 | | Island Mus Inc/Blue Mountain ML | 100 |
| 24 | Famine | 100 | | Ackee M.I./Blue Mountain M.L | 100 |
| 25 | Feel So Good | 100 | | Beverly Rec./Blue Mountain ML | 100 |
| 26 | Fever | 100 | | Sheila Music CorpLtd Island Music Inc  Blue Mountain | 100 |
| 27 | Fifty Four Forty Six | 100 | | Island Mus Inc/Beverly Rec/Island | 100 |
| 28 | Fire Fire | 100 | | Ackee M.I./Blue Mountain M.L/ Island Mus. | 100 |
| 29 | Five Thousand Four Hundred And Forty Six Was My | 100 | | Ackee M.I./Blue Mountain M.L/ Beverly Rec. | 100 |
| 30 | Fret Not | 100 | | Island Mus Inc/Blue Mountain ML | 100 |
| 31 | Funky Kingston | 100 | | Sheila Music CorpLtd Island Music Inc  Blue Mountain | 100 |

*[signatures: FH / initials]*

Additional Songs added to Schedule "A" of Agreement Dated June 17, 1994 Between Frederick Hibbert - Toots Music And Keep On Kicking Music, Inc.  now between Alla SonMusic Inc. & Keep On Kicking Ltd.

| | Song Title | F.Hibbert Writer Share | Other Writers | Other Publishers Counter Claim | Alla SonMusic Claim |
|---|---|---|---|---|---|
| 32 | Funky West Side | 25 | Smith Anthony/ Dike M William/ Ross Lawrence | Sheila Music CorpLtd Island Music Inc   Blue Mountain | 25 |
| 33 | Gee Wiz | 100 | | Island Mus Inc/Blue Mountain ML | 100 |
| 34 | Get Up Stand Up | 100 | | Ackee M.I./Blue Mountain M.L | 100 |
| 35 | Girl You're Acting So Funny | 100 | | Sheila Music CorpLtd Island Music Inc   Blue Mountain | 100 |
| 36 | Give Your Love | 33.33 | Maytals 2&3 | R B MusLtd/Sparta Florida | 33.33 |
| 37 | Gold & Silver | 100 | | Ackee M.I./Blue Mountain M.L | 100 |
| 38 | Gone With The Wind | 100 | | Island Mus Ltd/Beverly Rec/ Polygram Int MP/Songs Of Polygram Int | 100 |
| 39 | Gonna Need Somebody | 100 | | Ackee M.I./Blue Mountain M.L/ Island Mus. | 100 |
| 40 | Got To Be There | 100 | | Island Mus Inc/Blue Mountain ML | 100 |
| 41 | Got To Reel | 100 | | Ackee M.I./Blue Mountain M.L | 100 |
| 42 | Hallelujah   2 | 100 & 33.33 | Maytals 2&3 | NONE/Island Mus Ltd/Beverly Rec/ Polygram Int MP/Songs Of Polygram Int | 100 |
| 43 | Happy Christmas | 100 | | Sheila Music CorpLtd | 100 |
| 44 | Having A Party | 100 | | Sheila Music CorpLtd Creole Music Ltd | 100 |
| 45 | He Will Provide | 33.33 | Maytals 2&3 | R B MusLtd/Sparta Florida | 33.33 |
| 46 | Hurry Up | 33.33 | Maytals 2&3 | R B MusLtd/Sparta Florida | 33.33 |
| 47 | I Alone | 100 | | Ackee M.I./Blue Mountain M.L/ Island Mus. | 100 |
| 48 | I Can't Believe ( What You Say) | 100 | | Sheila Music CorpLtd Island Music Inc   Blue Mountain | 100 |
| 49 | I Feel Alright | 100 | | Ackee M.I./Blue Mountain M.L/ Island Mus. | 100 |
| 50 | If You Act This Way | 33.33 | Gordon/McCarty | Sheila Music CorpLtd | 33.33 |
| 51 | I Know We Can | 100 | | Island Mus Inc/Blue Mountain ML | 100 |
| 52 | I Know   2 | 100 & 33.33 | Maytals 2&3 | Sheila Music CorpLtd Island Music Inc   Blue Mountain     / NONE | 100 |
| 53 | Inside Outside | 100 | | Ackee M.I./Blue Mountain M.L | 100 |
| 54 | In The Dark | 100 &50 | Chin Eddie Yuk Fah | Sheila Music CorpLtd  Creole Music Ltd. | 100 |
| 55 | I Shall Be Free | 100 | | Ackee M.I./Blue Mountain M.L/ Island Mus. | 100 |
| 56 | Israel Children | 100 | | Island Mus Inc/Blue Mountain ML | 100 |

*[initials]*   *[initials] FH*

Additional Songs added to Schedule "A" of Agreement Dated June 17, 1994 Between Frederick Hibbert - Toots Music And Keep On Kicking Music, Inc. now between Alla SonMusic Inc. & Keep On Kicking Ltd.

| | Song Title | F.Hibbert Writer Share | Other Writers | Other Publishers Counter Claim | Alla SonMusic Claim |
|---|---|---|---|---|---|
| 57 | It's No Use | 100 | | Ackee M.I./Blue Mountain M.L/ Island Mus. | 100 |
| 58 | It's You   2 | 100&1/3 | Gordon/McCarty | Ackee M.I./Blue Mountain M.L/ Island Mus. / NONE | 100 |
| 59 | It Was Written Down | 100 | | Sheila Music CorpLtd Island Music Inc   Blue Mountain | 100 |
| 60 | John & James | 100 | | Ackee M.I./Blue Mountain M.L/ Beverly Rec. | 100 |
| 61 | Johnny Coolman | 100 | | Beverly Rec Ltd/Blue Mountain ML | 100 |
| 62 | Journey Man | 100 | | Island Mus Inc/Blue Mountain ML | 100 |
| 63 | JoyJean | 33.33 | Maytals 2&3 | R B MusLtd/Sparta Florida | 33.33 |
| 64 | Just Like That | 100 | | Island Mus Inc/Rydim Mus Ltd | 100 |
| 65 | Know Me Good | 100 | | Beverly Rec L/Blue Mountain ML | 100 |
| 66 | Koo Doo | 100 | | Beverly Rec L/Blue Mountain ML | 100 |
| 67 | Let's Jump | 33.33 | Maytals 2&3 | R B MusLtd/Sparta Florida | 33.33 |
| 68 | Let's Kiss | 33.33 | Maytals 2&3 | R B MusLtd/Sparta Florida | 33.33 |
| 69 | Let's Not Make A Fuss | 100 | | R B MusLtd/Sparta Florida | 100 |
| 70 | Living In The Ghetto | 100 | | Island Mus Inc/Blue Mountain ML | 100 |
| 71 | Look Me In The Eye | 100 | | Island Mus Inc/Blue Mountain ML | 100 |
| 72 | Love Divine | 33.33 | Maytals 2&3 | R B MusLtd/Sparta Florida | 33.33 |
| 73 | Love Gonna Walk Out On Me | 100 | | Sheila Music CorpLtd  Creole Music Ltd. | 100 |
| 74 | Love Gonna Walk Out | 50 | Davidson B | Sheila Music CorpLtd  Creole Music Ltd. | 50 |
| 75 | Man Who Knows | 33.33 | Maytals 2&3 | R B MusLtd/Soul Mus Ltd | 33.33 |
| 76 | Marching On | 33.33 | Maytals 2&3 | R B MusLtd/Sparta Florida | 33.33 |
| 77 | Mattew Mark | 33.33 | Gordon/McCarty | R B MusLtd/Sparta Florida | 33.33 |
| 78 | Missing You | 100 | | Island Mus Inc/Blue Mountain ML | 100 |
| 79 | Monkey Girl | 100 | | Ackee M.I./Blue Mountain M.L/ Island Mus. | 100 |
| 80 | Monkey Man | 100 | | Ackee M.I./Blue Mountain M.L/ Beverly Rec. | 100 |
| 81 | My Darling | 33.33 | Maytals 2&3 | R B MusLtd/Sparta Florida | 33.33 |
| 82 | My Destination | 66.66 | Gordon/McCarty | Shakat Music Pub | 66.66 |
| 83 | My Love Is So | 100 | | Ackee M.I./Blue Mountain M.L | 100 |
| 84 | Never Get Weary | 100 | | Ackee M.I. / Rydim M.L | 100 |
| 85 | Never You Change | 33.33 | Gordon/McCarty | Beverly Rec Lt/Blue Mountain ML | 33.33 |
| 86 | Night & Day | 100 | | Beverly Rec Lt/Blue Mountain ML | 100 |
| 87 | Nine O'Clock | 100 | | Beverly Rec Lt/Blue Mountain ML | 100 |
| 88 | No Difference Here | 100 | | Ackee M.I./Blue Mountain M.L | 100 |

*[signatures]*

Additional Songs added to Schedule "A" of Agreement Dated June 17, 1994 Between Frederick Hibbert - Toots Music And Keep On Kicking Music, Inc. now between Alla SonMusic Inc. & Keep On Kicking Ltd.

| | Song Title | F.Hibber Writer Share | Other Writers | Other Publishers Counter Claim | Alla SonMusic Claim |
|---|---|---|---|---|---|
| 89 | Oh Yeah | 100 | | Ackee M.I./Blue Mountain M.L/ Island Mus. | 100 |
| 90 | Papa Dee Mama | 100 | | Ackee M.I. / Rydim M.L | 100 |
| 91 | Pass The Pipe | 100 | | Ackee M.I./Blue Mountain M.L | 100 |
| 92 | Peace Perfect | 100 | | Blue Mountain M.L/ Island Mus. | 100 |
| 93 | Peeping Tom | 100 | | Ackee M.I./Blue Mountain M.L/ Island Mus. | 100 |
| 94 | People | 100 | | Ackee M.I./Blue Mountain M.L/ Island Mus. | 100 |
| 95 | Pomp & Pride | 100 | | Sheila Music CorpLtd Island Music Inc   Blue Mountain | 100 |
| 96 | Pomps & Pride | 100 | | Sheila Music CorpLtd  Creole Music Ltd. | 100 |
| 97 | Premature | 100 | | Blue Mountain M.L/ Island Mus. | 100 |
| 98 | Pressure Drop | 100 | | Ackee M.I./Blue Mountain M.L/ Beverly Rec. | 100 |
| 99 | Rastaman | 100 | | Blue Mountain M.L/ Island Mus. | 100 |
| 100 | Redemption Song | 100 | | Sheila Music CorpLtd Island Music Inc   Blue Mountain | 100 |
| 101 | Reggae Got Soul | 75 | Line Warwick A | Sheila Music CorpLtd Island Music Inc   Blue Mountain   Creole Music | 75 |
| 102 | Revival Reggae | 100 | | Ackee M.I./Blue Mountain M.L/ Island Mus. | 100 |
| 103 | Revival Time | 100 | | Blue Mountain M.L/ Island Mus. | 100 |
| 104 | Revolution | 100 | | Sheila Music CorpLtd Island Music Inc   Blue Mountain | 100 |
| 105 | Rhythm Down Low | 100 | | Sheila Music CorpLtd Island Music Inc   Blue Mountain | 100 |
| 106 | Sailing On | 100 | | Sheila Music CorpLtd Island Music Inc   Blue Mountain | 100 |
| 107 | Screwface Underground | 100 | | Blue Mountain M.L/ Island Mus. | 100 |
| 108 | See It My Way | 16.66 | Dunbar S/ | Rydim Mus/ Island Mus. | 16.16 |
| 109 | She's My Scorcher | 100 | | Ackee M.I./Blue Mountain M.L/ Island Mus. | 100 |
| 110 | She Will Never Let Me Down | 100 | | Sheila Music CorpLtd Island Music Inc   Blue Mountain | 100 |
| 111 | Shining Light | 33.33 | Maytals 2&3 | R B MusLtd/Sparta Florida | 33.33 |
| 112 | Show Me The Way | 100 | | Ackee M.I. / Rydim M.L | 100 |
| 113 | Show Time | 100 | | Blue Mountain M.L/ Island Mus. | 100 |
| 114 | So Bad | 100 | | Blue Mountain M.L/ Island Mus. | 100 |

Additional Songs added to Schedule "A" of Agreement Dated June 17, 1994 Between Frederick Hibbert - Toots Music And Keep On Kicking Music, Inc. now between Alla SonMusic Inc. & Keep On Kicking Ltd.

| | Song Title | F.Hibbert Writer Share | Other Writers | Other Publishers Counter Claim | Alla SonMusic Claim |
|---|---|---|---|---|---|
| 115 | So You Say | 100 | | Sheila Music CorpLtd Island Music Inc   Blue Mountain | 100 |
| 116 | Spend The Weekend | 100 | | Blue Mountain M.L/ Island Mus. | 100 |
| 117 | Spiritual Healing | 100 | | Blue Mountain M.L/ Island Mus. | 100 |
| 118 | Strong Lover | 100 | | Rydim M.L/ Island Mus. | 100 |
| 119 | Sun Moon And Star | 100 | | Ackee M.I./Blue Mountain M.L/ | 100 |
| 120 | Sweet Memories | 100 | | Blue Mountain M.L/ Island Mus. | 100 |
| 121 | Sweet Sweet Jenny | 66.66 | Gordon/McCarty | R B MusLtd/Sparta Florida | 66.66 |
| 122 | Take A Look In The Mirror | 100 | | Sheila Music CorpLtd Island Music Inc   Blue Mountain | 100 |
| 123 | Take It From Me | 100 | | Ackee M.I./Blue Mountain M.L/ Island Mus. | 100 |
| 124 | Teacher Teacher | 100 | | Ackee M.I./Blue Mountain M.L/ Beverly Rec. | 100 |
| 125 | Tell Me The Reason 2 | 100 & 33.33 | Maytals 2&3 | Ackee M.I./Blue Mountain M.L/ Island Mus./ NONE | 100 |
| 126 | This Love Is Hard To Find | 100 | | Sheila Music CorpLtd  Creole Music Ltd. | 100 |
| 127 | Thy Kingdom Come | 100 | | Blue Mountain M.L/Beverly Rec L | 100 |
| 128 | Time Tough | 100 | | Blue Mountain M.L/ Island Mus. | 100 |
| 129 | Too Bad | 100 | | Blue Mountain M.L/ Island Mus. | 100 |
| 130 | True Love Is Hard To Find | 100 | | Blue Mountain M.L/ Island Mus. | 100 |
| 131 | Turn It Over | 50 | Blade Roy   A | Ackee M.I./Blue Mountain M.L/ Island Mus. | 50 |
| 132 | Turn It Up | 100 | | Blue Mountain M.L/ Island Mus. | 100 |
| 133 | Two Different Styles | 100 | | Sheila Music CorpLtd Island Music Inc   Blue Mountain | 100 |
| 134 | Two Time | 100 | | Blue Mountain M.L/ Island Mus. | 100 |
| 135 | Walk With Love | 100 | | Ackee M.I./Blue Mountain M.L/ Beverly Rec. | 100 |
| 136 | Water Melon | 100 | | Ackee M.I./Blue Mountain M.L/ Island Mus. | 100 |
| 137 | What's On Your Mind | 100 / 33.33 | Maytals 2&3 | Sheila Music CorpLtd Island Music Inc   Blue Mountain   / NONE | 100 |
| 138 | Will You Be Kind | 100 | | Ackee M.I. / Rydim M.L | 100 |
| 139 | Will You Be King | 100 | | Blue Mountain M.L/ Island Mus. | 100 |
| 140 | You Know | 100 | | Blue Mountain M.L/ Island Mus. | 100 |

Additional Songs added to Schedule "A" of Agreement Dated June 17, 1994 Between Frederick Hibbert - Toots Music And Keep On Kicking Music, Inc. now between Alla SonMusic Inc. & Keep On Kicking Ltd.

|  | Song Title | F.Hibbert Writer Share | Other Writers | Other Publishers Counter Claim | Alla SonMusic Claim |
|---|---|---|---|---|---|
| 141 | You Make Feel The Way I Do | 100 |  | Sheila Music CorpLtd Island Music Inc  Blue Mountain | 100 |

Additional Songs added to Schedule "A" of Agreement Dated June 17, 1994 Between Frederick Hibbert - Toots Music And Keep On Kicking Music, Inc. now between Alla SonMusic Inc. & Keep On Kicking Ltd.

|  | Song Title | F.Hibbert Share | Other Writers | Other Publishers Counter Claim | AllaSonMus Claim |
|---|---|---|---|---|---|
| 2 | Alidina | 66.66 | Gordon/McCarty | NONE | 100 |
| 3 | Are You Mine | 66.66 | Maytals 2&3 | NONE | 100 |
| 4 | Bim Today & Bam Tomorrow | 33.33 | Gordon/McCarty | NONE | 100 |
| 5 | Bim Today | 66.66 | Gordon/McCarty | NONE | 100 |
| 6 | Black Rose | 100 | | NONE | 100 |
| 7 | Blessed Assurance | 33.33 | Maytals 2&3 | NONE | 100 |
| 8 | Breast Stiff | 50 | Militon Nigel   CA | DEMICS PUB / NONE | 50 |
| 9 | Butterfly | 33.33 | Maytals 2&3 | NONE | 100 |
| 10 | Cheer Up | 33.33 | Maytals 2&3 | NONE | 100 |
| 11 | Christmas To You | 100 | | NONE | 100 |
| 12 | Collaterals | 50 | Newville Paul   CA | DEMICS PUB / NONE | 50 |
| 13 | Come Along With Me | 33.33 | Gordon/McCarty | NONE | 100 |
| 14 | Come Come My Little Love Come | 33.33 | Gordon/McCarty | NONE | 100 |
| 15 | Copper | 33.33 | Maytals 2&3 | NONE | 100 |
| 16 | Country Road | 100 | | NONE | 100 |
| 17 | Doctor Lester | 33.33 | Gordon/McCarty | NONE | 100 |
| 18 | Domino | 83.33 | Maytals 2&3 | NONE | 100 |
| 19 | Don't Let | 66.66 | Gordon/McCarty | NONE | 100 |
| 20 | Don't Lie | 33.33 | Maytals 2&3 | NONE | 100 |
| 21 | Don't Trouble Trouble | 66.66 | Gordon/McCarty | NONE | 100 |
| 22 | Do You Know | 100 | | NONE | 100 |
| 23 | Farmer Man | 50 | Brady Paul Gilbert | NONE | 100 |
| 24 | Fatty Boom | 50 | Militon Nigel   CA | DEMICS PUB / NONE | 50 |
| 25 | Fool For You | 100 | | NONE | 100 |
| 26 | Give Him Some | 33.33 | Maytals 2&3 | NONE | 100 |
| 27 | Give Me Your | 33.33 | Maytals 2&3 | NONE | 100 |
| 28 | Giving Your Love | 33.33 | Maytals 2&3 | NONE | 100 |
| 29 | Got To Feel It | 100 | | NONE | 100 |
| 30 | Hallelujah   2 | 100 & 33.33 | Maytals 2&3 | NONE/Island Mus Ltd/ Beverly Rec/Polygram Int MP/ Songs Of Polygram Int | 100 |
| 31 | He Is Real | 100 | | NONE | 100 |
| 32 | Helping Ages Pass | 33.33 | Maytals 2&3 | NONE | 100 |
| 33 | He's Real | 33.33 | Maytals 2&3 | NONE | 100 |
| 34 | He's The Greatest | 33.33 | Maytals 2&3 | NONE | 100 |
| 35 | Hey Girl It's You I'm Talking To | 33.33 | Maytals 2&3 | NONE | 100 |
| 36 | Hey Ruby | 33.33 | Maytals 2&3 | NONE | 100 |

Additional Songs added to Schedule "A" of Agreement Dated June 17, 1994 Between Frederick Hibbert - Toots Music And Keep On Kicking Music, Inc. now between Alla SonMusic Inc. & Keep On Kicking Ltd.

| | Song Title | F.Hibber Share | Other Writers | Other Publishers Counter Claim | AllaSonMus Claim |
|---|---|---|---|---|---|
| 37 | Hold On  2 | 33.33 & 66.66 | Maytals 2&3 Gordon/McCarty | NONE | 100 |
| 38 | Home Sweet Home | 100 | | NONE | 100 |
| 39 | I Ain't Got Nobody | 33.33 | Maytals 2&3 | NONE | 100 |
| 40 | Idea | 33.33 | Maytals 2&3 | NONE | 100 |
| 41 | I Got A Pain | 33.33 | Maytals 2&3 | NONE | 100 |
| 42 | I Just Can't | 33.33 | Maytals 2&3 | NONE | 100 |
| 43 | I Know   2 | 100 & 33.33 | Maytals 2&3 | Sheila Music CorpLtd Island Music Inc   Blue Mountain NONE | 100 |
| 44 | I'll Never Grow Old | 66.66 | Maytals 2&3 | NONE | 100 |
| 45 | I Love You So | 33.33 | Maytals 2&3 | NONE | 100 |
| 46 | I Need Peggy | 33.33 | Maytals 2&3 | NONE | 100 |
| 47 | I Need You Now | 33.33 | Maytals 2&3 | NONE | 100 |
| 48 | I Shall Sing | 100 | | NONE | 100 |
| 49 | It's You   2 | 100&1/3 | Gordon/McCarty | Ackee M.I./Blue Mountain M.L/ Island Mus. / NONE | 100 |
| 50 | I've Got It | 33.33 | Maytals 2&3 | NONE | 100 |
| 51 | I Want To Know | 33.33 | Maytals 2&3 | NONE | 100 |
| 52 | John Jakes | 33.33 | Gordon/McCarty | NONE | 100 |
| 53 | Joy & Jean | 33.33 | Maytals 2&3 | NONE | 100 |
| 54 | Just Got To Be | 33.33 | Gordon/McCarty | NONE | 100 |
| 55 | Just Tell Me | 66.66 | Gordon/McCarty | NONE | 100 |
| 56 | Let's Get Together | 100 | | NONE | 100 |
| 57 | Louie Louie | 100 | | NONE | 100 |
| 58 | Love Is A Hobby | 33.33 | Gordon/McCarty | NONE | 100 |
| 59 | Lovely Melon | 33.33 | Maytals 2&3 | NONE | 100 |
| 60 | Me To Preserve | 33.33 | Maytals 2&3 | NONE | 100 |
| 61 | More & More | 100 | | NONE | 100 |
| 62 | Mr Jones | 33.33 | Maytals 2&3 | NONE | 100 |
| 63 | My Destination | 66.66 | Gordon/McCarty | Shakat Music Pub | 100 |
| 64 | My Little Ruby | 33.33 | Maytals 2&3 | NONE | 100 |
| 65 | My Love Divine | 33.33 | Maytals 2&3 | NONE | 100 |
| 66 | My New Name | 33.33 | Gordon/McCarty | NONE | 100 |
| 67 | Naughty Little Flea | 33.33 | Maytals 2&3 | NONE | 100 |
| 68 | Never Let You Down | 33.33 | Gordon/McCarty | NONE | 100 |
| 69 | No More Joke Man | 33.33 | Maytals 2&3 | NONE | 100 |
| 70 | N.O. | 50 | Militon Nigel    CA | DEMICS PUB / NONE | 50 |
| 71 | Oyeah | 33.33 | Maytals 2&3 | NONE | 100 |
| 72 | Please Don't Leave Me | 33.33 | Gordon/McCarty | NONE | 100 |
| 73 | Promised Land | 33.33 | Maytals 2&3 | NONE | 100 |

Additional Songs added to Schedule "A" of Agreement Dated June 17, 1994 Between Frederick Hibbert - Toots Music And Keep On Kicking Music, Inc. now between Alla SonMusic Inc. & Keep On Kicking Ltd.

| 1 | Song Title | F.Hibber Share | Other Writers | Other Publishers Counter Claim | AllaSonMus Claim |
|---|---|---|---|---|---|
| 74 | Reborn | 66.66 | Gordon/McCarty | NONE | 100 |
| 75 | Scare Him | 33.33 | Maytals 2&3 | NONE | 100 |
| 76 | School Days | 66.66 | Gordon/McCarty | NONE | 100 |
| 77 | She'll Never Let You Down | 33.33 | Gordon/McCarty | NONE | 100 |
| 78 | Sing Praises | 33.33 | Maytals 2&3 | NONE | 100 |
| 79 | Sit Right Down | 100 | | NONE | 100 |
| 80 | Six & Seven Books | 33.33 | Maytals 2&3 | NONE | 100 |
| 81 | So Mad In Love | 33.33 | Gordon/McCarty | NONE | 100 |
| 82 | Sons Of Slaves | 66.66 | Gordon/McCarty | NONE | 100 |
| 83 | Spider & The Fly | 33.33 | Maytals 2&3 | NONE | 100 |
| 84 | Struggle | 33.33 | Gordon/McCarty | NONE | 100 |
| 85 | Study War No More | 33.33 | Maytals 2&3 | NONE | 100 |
| 86 | Sweet & Dandy | 33.33 | Maytals 2&3 | NONE | 100 |
| 87 | Tell Me The Reason | 100 | | Ackee M.I./Blue Mountain M.L/ Island Mus. / NONE | 100 |
| 88 | Teel Me You Love Me | 66.66 | Gordon/McCarty | NONE | 100 |
| 89 | That's All I Want | 33.33 | Maytals 2&3 | NONE | 100 |
| 90 | This Way | 33.33 | Maytals 2&3 | NONE | 100 |
| 91 | Tight | 33.33 | Gordon/McCarty | NONE | 100 |
| 92 | Traitor | 33.33 | Maytals 2&3 | NONE | 100 |
| 93 | Treat Me Bad | 66.66 | Maytals 2&3 | NONE | 100 |
| 94 | Trouble Trouble | 33.33 | Maytals 2&3 | NONE | 100 |
| 95 | Turn This Thing Around | 100 | | NONE | 100 |
| 96 | Twinkling Of Your | 33.33 | Maytals 2&3 | NONE | 100 |
| 97 | War No More | 66.66 | Maytals 2&3 | NONE | 100 |
| 98 | We Shall Overcome | 33.33 | Maytals 2&3 | NONE | 100 |
| 99 | What's On Your Mind | 100 / 33.33 | Maytals 2&3 | Sheila Music CorpLtd Island Music Inc Blue Mountain NONE | 100 |
| 100 | When I Laugh | 33.33 | Maytals 2&3 | NONE | 100 |
| 101 | Will You Give Me Your Love | 33.33 | Maytals 2&3 | NONE | 100 |
| 102 | Written Down There | 100 | | NONE | 100 |
| 103 | You Are Mine | 33.33 | Maytals 2&3 | NONE | 100 |
| 104 | You Got Me Spinning | 33.33 | Maytals 2&3 | NONE | 100 |
| 105 | You Must Go | 33.33 | Maytals 2&3 | NONE | 100 |
| 106 | You Said You Love | 33.33 | Maytals 2&3 | NONE | 100 |

Schedule "B" To Agreement dated June 17, 1994
Between Toots Music - Frederick Hibbert, and
Keep On Kicking Music Inc.

It is agreed that a $3,500 U.S. paid on 6/17/94 by M-A Chetata / Keep On Kicking Music to Frederick Hibbert - Toots Music constitue an advance recoupable against future publishing monies to be due by Keep On Kicking On Kicking Music to Frederick Hibbert - Toots Music

AGREED & SIGNED: _____

Marc-Antoine Chetata -
Keep On Kicking Music Inc.

Dated: 6/17/94

ACCEPTED AND AGREED TO:

_____
Fredrick Hibbert - Toots Music

Dated: _____

Schedule "D" To Agreement Dated June 17, 1994 Between Toots Music - Frederick Hibbert and Keep On Kicking Music, Inc.

It is agreed that $2,000 U.S. paid on October 18, 1994 by M.A. Chetata/Keep On Kicking Music, Inc. shall constitute an advance recoupable against future publishing monies to be due by Keep On Kicking Music, Inc. to Frederick Hibbert - Toots Music.

AGREED AND SIGNED:

_____  Dated: 1-31-95
Marc-Antoine Chetata -
Keep On Kicking Music, Inc.

_____  Dated: 31/1/95
Frederick Hibbert - Toots Music Inc.

Schedule "E" To Agreement Dated June 17, 1994 Between Toots Music - Frederick Hibbert and Keep On Kicking Music, Inc.

It is agreed that $500 U.S. paid on January 27, 1995 by M.A. Chetata/Keep On Kicking Music, Inc. shall constitute an advance recoupable against future publishing monies to be due by Keep On Kicking Music, Inc. to Frederick Hibbert - Toots Music.

AGREED AND SIGNED:

_____                         Dated: 1-31-95
Marc-Antoine Chetata -
Keep On Kicking Music, Inc.


_____                         Dated: 31/1/95
Frederick Hibbert - Toots Music Inc.

# KEEP ON MOVING MUSIC INC.

Addendum to Agreement Dated June 17, 1994 Between Toots Music - Frederick Hibbert and Keep On Kicking Music, Inc.

It is agreed that the exclusive Administration agreement signed on June 17, 1994 between M.A. Chetata of Keep On Kicking Music, Inc. and Frederick Hibbert of Toots Music was transferred as of 01/01/97 to two new company names:

Mr Frederick Hibbert has changed his publishing company name to Allah SonMusic Inc. (BMI) and every copyrights owned by Frederick Hibbert doing business as Toots Music Inc. have been transferred to Alla SonMusic Inc. (BMI).

Mr Marc-Antoine Chetata of Keep on Kicking Music Inc (ASCAP) has transferred Keep on Kicking Music Inc. rights to Keep On Kicking Music Ltd. for the world excluding the territory of The U.S.A.

Keep on Kicking Music Inc (ASCAP) co-ownership of Mr. Frederick Hibbert's and Alla SonMusic Inc. (BMI) copyrights have been transferred to Keep On Moving Music Inc. (BMI) for the territory of the U.S.A.

AGREED AND SIGNED:

_____     Dated: 12-8-97
Marc-Antoine Chetata -
Keep On Kicking Music, Inc. / Keep On Moving Music Inc.


_____     Dated: _____
Frederick Hibbert - Alla SonMusic Inc.


105 W. 28th Street New York NY10001
Tel=212-239 9592 Fax 212 239 9602